# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFERY SOULIER AND CYNTHIA
SOULIER

NO.  2022 CW 0777

VERSUS

PERCY J. GOULETTE

**SEPTEMBER 12, 2022**

---

In Re:   Percy  J.  Goulette,  applying  for  supervisory  writs,
         20th   Judicial   District   Court,   Parish   of   West
         Feliciana, No. 24269.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT